UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
PURSUANT TO 28 U.S.C. §1915

Krystal Underhill,
Plaintiff(s),

v.                                    Case No. **20 cv 654 (MPS)**

Yale University,
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C.§ 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

*K. Underhill*
Original Signature

Krystal Underhill
Name (print or type)

1029 Main St
Street Address

Stratford, CT 06615
City        State        Zip Code

(203) 572-6486
Telephone Number

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. §1915

Kristal Underhill
Plaintiff(s),

v.

Yale University
Defendant(s).

Case No. _____

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ✓   Married ___   Separated ___   Divorced ___
If separated or divorced, are you paying any support or any form of maintenance?
Yes ___ No ___
Dependents: Spouse ___  Children # 3  Others # ___
and relationship _____
Please provide the names and ages of your children. If a child is a minor, please identify the child by initials only.
Name Chianti Serrano                    Age 19
Name A. Gayle, II (APG)                 Age 5
Name A. Gayle (AIG)                     Age 7

**RESIDENCE**
Street Address: 1029 Main Street
City: Stratford      State: CT

Rev 6-2-17

2

Zip Code: 06615   Telephone: 203-5726486

## EDUCATION
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8   High School   9 10 11 (12)
College   1 2 3 4   Post-Graduate   1 2 3 (4)

## EMPLOYMENT
If <u>employed</u> at present, complete the following:
Name of employer: N/A
Address of employer: N/A
How long employed by present employer: N/A
Gross Income before taxes or other deductions:
   Monthly _____   Weekly _____

If <u>self-employed</u> state gross weekly wages before taxes and deductions: N/A
What is the nature of your employment? N/A

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the 18th day of June, 2018
The name of my last employer: Yale University
Address: 100 Church Street South
Telephone #: (203) 5
Last salary or wages received (gross amount before taxes and deductions): 75,000

If <u>spouse</u> is employed, please complete the following:
Name of employer: I.B.E.W.   (currently Laid off Due to COVID-19)
How long employed: 4 yrs
Gross Income before taxes and deductions:
   Monthly _____   Weekly 800
What is the nature of spouse's employment? Apprentice Electrician

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits since: 2019
I am receiving $_____ monthly _____ weekly 588   Currently exhausted
for myself and family of _____.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits since: N/A
I am receiving $_____ monthly _____ weekly _____.

## FINANCIAL STATUS
Owner of real property?   Yes ____   No ✓

Rev. 6-2-17

3

If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____
Owed to: _____
Total: _____ Monthly payment _____
Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:
Automobile:  Make _Toyota_____  Model _Corolla_  Year _2009_
Registered owner(s) name(s): _Krystal Underhill_____
Present value of automobile: _N/A_
Owed to: _N/A_
Amount owed: _0_

Cash or Securities on hand:
Cash in banks and savings and loan associations: _0_
Names and addresses of banks and associations: _0_

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify bonds: _0_

**OBLIGATIONS:**
Monthly rental on house or apartment:            $ 2200
Monthly mortgage payment on house:               $
Gas bill per month:                              $ 180
Electric bill per month:                         $ 250
Phone bill per month:                            $ 67
Car payments per month:                          $ 0
Car insurance payments per month:                $ 489
Other types of insurance payments per month      $ ~~000~~
Monthly payments to retail merchants:            $ 0
  Please list: _N/A_                             $
  Please list: _N/A_                             $
Monthly payments on any other outstanding
loans or debts:                                  $ 80,000
  Please list: _Student Loans_                   $
  Please list: _Capital One_                     $ 250

Any money owed to doctors, hospitals, lawyers
  Please list:_____ $ N/A
  Please list:_____ $
Monthly payment for maintenance or child support
under separation or dissolution agreement: $ 0
Estimated monthly expenditure on food: $ 500
Estimated monthly expenditure on clothing: $ 100
School Tuition                                  2900
Total amount of monthly obligations: $ 3,000

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):
_____N/A_____
_____
_____

**PREVIOUS LITIGATION:**
If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | | | |
| 2. | | N/A | |
| 3. | | | |
| 4. | | | |

Date: 4/27/20                          K. Underhill
                                    Original Signature of Affiant

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 4/27/20                          K. Underhill
                                    Original Signature of Affiant

Rev. 6-2-17