# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

Krystal Underhill
Name of Plaintiff/Petitioner

v.

Yale University
Name of Defendant/Respondent

Case No. **20 cv 654 (MPS)**

United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
5-14-2020
Robin D. Tabora, Clerk
By _____
Deputy Clerk

## MOTION FOR APPOINTMENT OF COUNSEL

### PERSONAL/FINANCIAL DATA

1. Your full name: Krystal M. Underhill

   Your present mailing address: 1029 Main St Stratford, CT

   Telephone number: (203) 572-6486

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last
   Monroe Staffing (Cooper Surgical)
   6 research Dr
   Shelton, CT
   Yale University
   100 church st So
   New Haven CT 06519

Rev. 2/3/05

employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. 9/2019 – 10/27/2019

Date last worked: 10/27/2019

Weekly earnings: 800 WK

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? 585 per WK unemployment

   b) interest, dividends, rents or investments of any kind? 0

   c) gifts or inheritances of any kind? 0

6. How much money do you have in any checking or savings account(s)?

   Checking: 0

   Savings: 0

   Prison account: N/A

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO ✓

   If YES, describe the property and state the approximate value: ___

8. How much money do you owe others? a lot.
   Rent 2000
   Utilities 2900 Lights
   Gas $200
   Water $175
   School Tution $2900
   For each debt, state the name of the creditor and the amount owed:
   CREDITOR                                                         AMOUNT OWED

| | |
|---|---|
| Capitol one | 300 |
| Student Loan | 80,000 |

9. List the persons who depend upon you for support, and state your relationship to them. If any person is a minor child, identify that person by initials only.

daughter (Chianti Serrano)
son (Andrey Gayle)
daughter (Addison Gayle)

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ✓ NO ___

If the answer is YES, please provide the following information for each such person:

Name: Andrey Gayle
Relationship: Fiance
Employer: IBEW
Weekly Earnings: 0 (Laid off Due to COVID)

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _____

I'm not financially stable to pay an atty 3500 to represent me.

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _Suing for wrongful Termination Discrimination, additionally pregnant while_

(Additional space on next page) _Being fired._

EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name _Lisa Giles_

   Date you contacted this attorney _Nov or Oct of 2019_

   Method of contact (in person, by telephone, etc.) _Called set an appt met for consult. Will take case for $3500_

   Reason why attorney was not employed to handle your case _N/A_

   b) Attorney's name _Axelrod + associates New haven_

   Date you contacted this attorney _2018_

   Method of contact (in person, by telephone, etc.) _phone_

Reason why attorney was not employed to handle your case __N/A__
__Never got a call back.__

c) Attorney's name _____

   Date you contacted this attorney _____

   Method of contact (in person, by telephone, etc.) _____

   Reason why attorney was not employed to handle your case _____

15. Explain any other efforts you have made to obtain an attorney to handle your case.
    __Feb 2020 called CT BAR Association left vm. Never gotta return call__

16. Please provide any other information which supports your application for the court to appoint counsel. __N/A__

17. Do you need a lawyer who speaks a language other than English?
    YES ____  NO __✓__

Rev. 2/3/05                                5

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

4/24/20
Date

K. Underhill
Original Signature of Movant

Krystal Underhill   1029 Main St   Stratford, CT 06615
Printed Name and Address of Movant

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

Rev. 2/3/05                                         6

(List all defendants or counsel for defendants with address and date mailed.)

Yale University

_____
Original Signature of Movant