

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 450 Main Street<br>Hartford, CT 06103<br>Phone: 860.240.3200<br>Fax: 860.240.3211 | 141 Church Street<br>New Haven, CT 06510<br>Phone: 203.773.2140<br>Fax: 203.773.2334 | 915 Lafayette Boulevard<br>Bridgeport, CT 06604<br>Phone: 203.579.5861<br>Fax: 203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

DATE:   June 12, 2020

TO:   Krystal Underhill
1029 Main St.
Stratford, CT 06615
203-572-6486

RE:   3:20-cv-00654-MPS
Underhill v. Yale University

### NOTICE TO IN FORMA PAUPERIS LITIGANTS

Your application to proceed in forma pauperis has been approved. To expedite service of the complaint by the U.S. Marshal's Service, you must complete the enclosed forms and provide copies of the complaint with any attachments and the endorsement granting your in forma pauperis application.  The instructions below will indicate the number of forms and copies required for various categories of defendants.  If one of the defendants in your complaint does not fit within one of these categories, you should consult Rule 4 of the Federal Rules of Civil Procedure for information about the service requirements for that defendant.

Please complete all of the forms as indicated in the instructions and return them to the court with the required number of copies as soon as possible.  Your complaint has been assigned to **Judge Michael P. Shea** with case number 3:20-cv-654 (MPS).  All future filings, including your response to this notice, should be sent to the Office of the Clerk in Hartford.

Your prompt response will ensure efficient service of your complaint.

ROBIN D. TABORA, Clerk

**HAVE YOU INCLUDED THE FOLLOWING?**

**USM 285 FORMS:**  You must provide one form for each defendant named in your complaint.  If you are suing a person in his individual and official capacities, you must provide two forms for that defendant.  If you are suing the United States, you must provide two forms, one addressed to the United States Attorney for the District of Connecticut and the other to the Attorney General for the United States.  If you are suing a federal government agency or corporation or a federal government official or employee in his official capacity **or** his individual capacity, you must provide three forms, the first addressed to the United States Attorney for the District of Connecticut, the

second for the Attorney General of the United States and the third addressed to the specific defendant. If you are suing a federal government official or employee in his official **and** individual capacity, you must provide six forms, two for each recipient listed in the previous sentence.  The address for the United States Attorney for the District of Connecticut is 157 Church Street, 23rd Floor, New Haven, Connecticut 06510.  The address for the Attorney General of the United States is 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0001.

**COPIES OF THE COMPLAINT, IN FORMA PAUPERIS ORDER AND ANY INITIAL DOCUMENTS FILED:** You must provide one copy of these documents for each defendant.  If the defendant is an individual sued in official and individual capacities, you must provide two sets of copies.  If the defendant is the United States, you must provide five sets of copies.  If the defendant is a federal government agency or corporation or a federal government official or employee sued in his official capacity **or** his individual capacity, you must provide six sets of copies.  If the defendant is a federal government official or employee sued in both his individual **and** official capacities, you must provide seven sets of copies.

**\*\*SUMMONS FORMS FOR EACH STATE OR LOCAL DEFENDANT SUED IN THEIR OFFICIAL CAPACITY: You must provide a summons for each state or local defendant being sued in their official capacity.**

**SUMMONS FORMS FOR EACH U. S. GOVERNMENT DEFENDANT:** If the defendant is the United States, you must provide three copies of a summons form addressed to the United States Attorney for the District of Connecticut and two copies of a summons form addressed to the United States Attorney General.  The addresses are included in the section describing the USM 285 forms.  If the defendant is a federal government agency or a federal government official sued in his official capacity, you need an additional copy of a summons form addressed to the specific federal government agency or federal government official in his official capacity.  If the defendant is a federal government official or employee sued in his individual capacity, you will need an additional summons form with an address at which the individual defendant may be served.